# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR08-00205 SGL | Date | October 28, 2021 |
|---|---|---|---|

| Present: | The Honorable Philip S. Gutierrez, Chief United States District Judge |
|---|---|

| Interpreter | n/a |
|---|---|

| D. Rojas | Not Reported | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Dennis Anthony Brown | not | | | n/a | | | |

**Proceedings:**   **(In Chambers) Order Denying Defendant's Second Motion for Early Termination of Supervised Release**

Having read and considered Defendant's Second Motion for Early Termination of Supervised Release (Dkt. # 46) and the Probation Office's Supervision Report dated September 9, 2021 (Dkt. # 45), in which the Probation Office states its opposition to early termination, the Court **DENIES** the Motion.

**IT IS SO ORDERED.**