UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | EDCR08-00205 SGL | Date | February 21, 2023 |
|---|---|---|---|

| Present: | The Honorable Philip S. Gutierrez, Chief United States District Judge |
|---|---|

| Interpreter | n/a |
|---|---|

| Vanessa Figueroa | Not Reported | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Dennis Anthony Brown | not | | | n/a | | | |

**Proceedings:**   **(In Chambers) Order DENYING Defendant's Third Motion for Early Termination of Supervised Release**

   On September 27, 2022, Defendant Dennis Anthony Brown, appearing pro se, filed a Third Motion for Early Termination of Supervised Release.  Dkt. # 49.  The government and the United States Probation and Pretrial Services Office oppose the motion.  *See* Dkts. # 50, 57.  Having read and considered the moving and opposing papers, the Court **DENIES** the motion.

   **IT IS SO ORDERED.**

CC: USPPSO